UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF NEW YORK
_____

TONYA CURTIS,

                Plaintiff,                5:11-CV-0786
                                                               (GTS/VEB)

v.

MICHAEL J. ASTRUE, Commissioner of
the Social Security Administration,

                Defendant.
_____

APPEARANCES:                                    OF COUNSEL:

OLINSKY LAW GROUP                    KAREN S. SOUTHWICK, ESQ.
  Counsel for Plaintiff                        HOWARD D. OLINSKY, ESQ.
300 South State Street
5th Floor, Suite 520
Syracuse, New York 13202

SOCIAL SECURITY ADMINISTRATION     TOMASINA DiGRIGOLI, ESQ.
OFFICE OF REG'L GEN. COUNSEL
  Counsel for Defendant
26 Federal Plaza, Room 3904
New York, NY 10278

HON. GLENN T. SUDDABY, United States District Judge

## DECISION and ORDER

       The above-captioned matter comes to this Court following a Report-Recommendation by United States Magistrate Judge Victor E. Bianchini, filed on October 30, 2012, recommending that (1) Defendant's motion for judgment on the pleadings be denied, (2) Plaintiff's motion for judgment on the pleadings be granted, (3) Defendant's decision denying disability benefits be reversed, and the case be remanded to Defendant for further proceedings pursuant to sentence four of 42 U.S.C. § 405(g).  (Dkt. No. 20.)  Objections to the Report-Recommendation have not been filed and the time in which to do so has expired.  After carefully reviewing all of the papers

herein, including Magistrate Judge Bianchini's thorough Report-Recommendation, the Court can find no error in the Report-Recommendation, clear or otherwise.  As a result, the Report-Recommendation is accepted and adopted in its entirety; Defendant's motion for judgment on the pleadings is denied; Plaintiff's motion for judgment on the pleadings is granted; Defendant's decision denying disability benefits is reversed; and the case is remanded to Defendant for further proceedings pursuant to sentence four of 42 U.S.C. § 405(g).

    **ACCORDINGLY**, it is

    **ORDERED** that Magistrate Judge Bianchini's Report-Recommendation (Dkt. No. 20) is **ACCEPTED** and **ADOPTED** in its entirety; and it is further

    **ORDERED** that Defendant's motion for judgment on the pleadings (Dkt. No. 17) is **DENIED**; and it is further

    **ORDERED** that Plaintiff's motion for judgment on the pleadings (Dkt. No. 13) is **GRANTED**; and it is further

    **ORDERED** that Defendant's decision denying disability benefits is **REVERSED**; and it is further

    **ORDERED** that this matter is **REMANDED** to Defendant for further proceedings pursuant to sentence four of 42 U.S.C. § 405(g).

Dated:   December 7, 2012
        Syracuse, New York

_/s/ Glenn T. Suddaby_
Hon. Glenn T. Suddaby
U.S. District Judge